# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| REGINA TUBBS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0221-S-BN |
| | § | |
| STATE OF TEXAS, et al. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed.[1] The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED March 13, 2024.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff filed several additional documents after the Magistrate Judge issued the Findings, Conclusions, and Recommendation. *See* ECF Nos. 8-17. None of these documents appear to contain objections, and they do not affect the Court's ruling in this case.